United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

In the Matter of Dennis Lynn Wright - #060210

/

No. C 14-80102 WHA

**ORDER OF SUSPENSION**

Because Dennis Lynn Wright has failed to respond to the order to show cause, Mr. Wright's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: June 26, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE